No. 786, Misc. JONES v. SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 799, Misc. BAKER v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin* for the United States.

No. 801, Misc. WHEAT ET AL. v. BALTIMORE & OHIO RAILROAD Co. C. A. 7th Cir. Certiorari denied. *Clarence E. Clifton* and *Charles C. Montgomery* for petitioners. *Kenneth E. Ekin* for respondent.

No. 802, Misc. GREGORY v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 804, Misc. WITHERSPOON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 752, Misc. THOMAS v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Gerald W. Getty* and *James J. Doherty* for petitioner.

No. 713. SMOOT SAND & GRAVEL CORP. v. DISTRICT OF COLUMBIA, *ante*, p. 968;

No. 466, Misc. PERRONI v. ILLINOIS, *ante*, p. 980;

No. 650, Misc. GRANGER v. UNITED STATES, *ante*, p. 979; and

No. 658, Misc. CEPERO v. PAN AMERICAN AIRWAYS, INC., *ante*, p. 981. Petitions for rehearing denied.